# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL 11-00047JMS-BMK |
| CASE NAME: | Department of Education, State of Hawaii v. M.F., by through her parents R.F. and W.F. |
| ATTYS FOR PLA: | Steve K. Miyasaka |
| ATTYS FOR DEFT: | Jerel D. Fonseca<br>Karen J. Lee<br>Magali V. Sunderland |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 6/21/2011 | TIME: | 1:20-1:35pm |

COURT ACTION: EP: Status Conference. After discussion between the court and parties, and with the agreement of the parties, the court deems MOOT without prejudice Defendants-Appellees' Motion for Summary Judgment and Stay Put (Doc. No. 14). The parties are to meet and confer regarding the exact status of the stay put, including outstanding issues regarding reimbursement. Mr. Miyasaka is to inform the court by July 5, 2011 the status of these discussions.

Submitted By: Alison Greaney, Courtroom Manager.