IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>   Plaintiff,<br><br>   vs.<br><br>M.F. by and through her Parents R.F. and W.F.,<br><br>   Defendant.<br>_____ | CIVIL NO.  11-00047 JMS/BMK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 31, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations That Defendant's Motions For Attorneys' Fees And Costs Be Denied" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 25, 2012.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge